# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL CASE NOS. 3:08cr239 & 3:08cr241

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| DEMETRIUS G. RAINER. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Permit Travel [Doc. 14].

For the reasons stated during the hearing conducted in this matter, the Court will allow the motion on the conditions specified below.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Permit Travel [Doc. 14] is hereby **GRANTED** on the following conditions:

1. Prior to departure, the Defendant shall post a secured bond in the amount of $200,000.00. The bond may be secured by equity in property in the full amount of $200,000.00. In the alternative, the bond may be secured by equity in the amount of $100,000.00 provided that each of the individuals traveling with the Defendant acts as a surety on

the bond.

2. The Defendant's child may not travel with the Defendant on the trip but shall remain with the Defendant's mother and shall not be removed from the State of North Carolina during the time that the Defendant is on the trip.

Signed: April 13, 2010

Martin Reidinger
United States District Judge